IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01615-MSK-KLM

HART ENERGY MAPPING AND DATA SERVICES, LLC,

    Plaintiff,

v.

PETROLEUM GEOGRAPHICS CORPORATION,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Stay** [Docket No. 20; Filed September 24, 2012] (the "Motion"). The parties seek a stay of all deadlines and proceedings in this matter pending completion of mediation. The parties explain that they have been engaged in settlement discussions and intend to schedule an early mediation. Pursuant to the requested stay, the parties also request that the Scheduling Conference set for October 1, 2012 at 10:30 a.m. be reset to November 13, 2012.

    Other than the upcoming Scheduling Conference, there are no other deadlines or hearings pending in this matter. Consequently, the Court will construe the Motion simply as a motion to continue the Scheduling Conference. The Court sees no reason to impose a stay when the only proceeding impacted is the Scheduling Conference. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#20], construed as a motion to continue the Scheduling Conference, is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 1, 2012 at 10:30 a.m. is **VACATED** and **RESET** to **November 13, 2012 at 11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures on or before **November 7, 2012**. All other provisions of the Order Setting Scheduling/Planning Conference issued July 13, 2012 [#12] remain in effect.

    DATED: September 25, 2012 at Denver, Colorado.